■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELTON SPELLER, Appellant. [888 NYS2d 757]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Guzman, J.), rendered March 12, 2008, convicting him of petit larceny, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, he was not denied a fair trial by the prosecutor's comments in her opening remarks and summation (*see People v Martin,* 54 AD3d 776 [2008]). Fisher, J.P., Covello, Santucci and Balkin, JJ., concur.